UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MAD Enterprise Group, LLC                    Case No. 6:17-bk-04071-CCJ

    Debtor.                                    Chapter 7
_____/

### NOTICE OF RULE 2004 EXAMINATION

PLEASE TAKE NOTICE that creditor, Danwen Trading, Inc., by the undersigned attorney, will examine Michelle Charles under oath on October 2, 2017 at 9:30 a.m., at the law offices of Latham, Shuker, Eden & Beaudine, LLP, 111 N. Magnolia Ave., Suite 1400, Orlando, Florida 32801 per agreement by counsel for Michelle Charles. The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

Dated: September 26, 2017            Respectfully submitted,

                                              NICHANI LAW FIRM
                                              1250 Oakmead Parkway, Suite 210
                                              Sunnyvale, CA 94085
                                              Tel: (408) 800.6174
                                              Fax: (408) 290.9802

                                              By: /s/ Vinod Nichani
                                                     VINOD NICHANI, ESQ.
                                                     California Bar No. 277607
                                                   *Admitted Pro Hac Vice*

1

        Email: vinod@nichanilawfirm.com
        *Counsel for Danwen Trading, Inc.*

and

JONES LAW OFFICE, P.A.
9130 S. Dadeland Blvd., Suite 1209
Miami, Florida 33156
Telephone: (305) 918-2299
Facsimile: (305) 938-5040

By: /s/ Jason Z. Jones
    Jason Z. Jones
    Florida Bar No. 186554
    Email: jjones@joneslawpa.com

*Local Counsel to Danwen Trading, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court and served by U.S. First Class Mail to: Mad Enterprise Group, LLC c/o Howard Scott Bassuk, 13328 Bellaria Circle, Windermere, FL 32786-7401, and by electronic notice to: Steven H. Meyer, CPLS, P.A. 201 East Pine Street, Suite 445, Orlando, FL 32801 (*attorney for the Debtor),* Richard B Webber, PO Box 3000, Orlando, FL 32802 *(Chapter 7 Trustee).* Justin M. Luna, Latham, Shuker, Eden & Beaudine, LLP., 111 N. Magnolia Ave., Suite 1400, Orlando, Florida 32801 (*attorney for Michelle Charles);* United States Trustee- ORL7//13, Office of the United States Trustee, George C. Young Federal, 400 West Washington Street, Suite 1100, Orlando, Florida 32801 and served on all parties receiving CM/ECF electronic service, this 26th day of September 2017.

        /s/ Vinod Nichani
        Vinod Nichani