UNITED STATES BANKRUPTCY
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 6:17-bk-04071-CCJ |
| Mad Enterprise Group, Llc, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| _____/ ) | |

### TRUSTEE'S CROSS-NOTICE OF RULE 2004 EXAMINATION

The duly appointed Trustee in this Chapter 7 case, Richard B. Webber II, by and through his undersigned counsel, will examine Michelle Charles, under oath on October 2, 2017 at 9:30 a.m. at the law offices of Latham, Shuker, Eden & Beaudine, LLCP, 111 N Magnolia Ave, Ste. 1400, Orlando, FL 32801. The examination may continue from day to day until completed. The examination is pursuant to Federal Rules of Bankruptcy Procedure 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.

DATED: September 27, 2017

    /s/ BRADLEY J. ANDERSON
BRADLEY J. ANDERSON, Esquire
Florida Bar No. 0105695
Zimmerman, Kiser & Sutcliffe, P.A.
PO Box 3000
Orlando, Florida 32802-3000
Telephone: (407) 425-7010
Telecopy: (407) 425-2747

I HEREBY CERTIFY that a true and correct copy of the foregoing Cross Notice has been furnished either by U. S. Mail, postage pre-paid and/or by electronic transmission to: Mad Enterprise Group, Llc, 13328 BELLARIA CIRCLE, WINDERMERE, FL 32786-7401; Steven H Meyer, CPLS, P.A., 201 EAST PINE STREET, SUITE 445, ORLANDO, FL 32801; Justin Luna, 111 N Magnolia Ave, Ste. 1400, Orlando, FL 32801; and the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801, on September 27, 2017.

    /s/ BRADLEY J. ANDERSON
BRADLEY J. ANDERSON